**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mario SALGADO, Defendant– Appellant.**

No. 05–4095.

United States Court of Appeals, Seventh Circuit.

Submitted April 14, 2006.

Decided April 19, 2006.

April M. Perry, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Brian M. Collins, Collins & Bastounes, Chicago, IL, for Defendant–Appellant.

Before Hon. RICHARD A. POSNER, Hon. FRANK H. EASTERBROOK, and Hon. DIANE P. WOOD, Circuit Judges.

Order

The principal issue presented by this appeal has been resolved recently by *United States v. Martinez–Martinez*, 442 F.3d 539 (7th Cir.2006), and *United States v. Galicia–Cardenas*, 443 F.3d 553 (7th Cir. 2006). The defendant's double-counting argument is incompatible with *United States v. Jimenez*, 897 F.2d 286 (7th Cir. 1990). On the authority of those decisions, the judgment is affirmed.